UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN JONES, | No. 2:18-cv-0054-EFB P |
| Plaintiff, | |
| v. | ORDER |
| J. BUCKMAN, | |
| Defendant. | |

Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. He seeks an extension of time to complete his application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). ECF No. 6.

Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." To date, plaintiff has submitted an affidavit and a trust account statement, but the trust account statement has not been certified by a jail official. ECF Nos. 2 & 6.

/////

/////

1

Accordingly, plaintiff has 30 days from the date this order is served to submit the required trust account statement. Failure to comply with this order may result in dismissal of this case.

So ordered.

Dated: February 13, 2018.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE